# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   18−33071−KLP
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Terri Lynne Watson
fka Terri Draper
16258 W. Patrick Henry Road
Montpelier, VA 23192

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−6610

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on October 6, 2023 dismissing the above−captioned case.

Dated:   October 11, 2023                              For the Court,

                                                       William C. Redden, Clerk
[VAN015vDec2009.jsp]                                   United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 18-33071-KLP

Terri Lynne Watson     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7     User:     Page 1 of 3

Date Rcvd: Oct 11, 2023     Form ID: VAN015     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri Lynne Watson, 16258 W. Patrick Henry Road, Montpelier, VA 23192-2704 |
| cr | + | PINGORA LOAN SERVICING, LLC, BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| 14414356 | + | Martha Jefferson Medical, c/o Sentara, PO Box 179, Norfolk, VA 23501-0179 |
| 14655629 | + | Pingora Loan Servicing, LLC, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14502890 | + | PrimeLending, A Plains Capital Company, aka Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14414358 | + | Primelending,a Plns Ca, 18111 Preston Rd Ste 900, Dallas, TX 75252-6601 |
| 16122455 | | UMB Bank, National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14414361 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606-0000 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 12 2023 01:20:00 | Pingora Loan Servicing ,LLC enote vesting--Nation, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | ^ | MEBN | Oct 12 2023 01:18:07 | Pingora Loan Servicing, LLC, c/o BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| cr | ^ | MEBN | Oct 12 2023 01:18:06 | PrimeLending, A PlainsCapital Company, c/o BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| 14495124 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 01:39:41 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14414349 | | Email/Text: EBN@brockandscott.com | Oct 12 2023 01:20:00 | Brock & Scott PLLC, 1315 Westbrook Plaza, Winston Salem, NC 27103-0000 |
| 14414350 | + | Email/Text: Bankruptcies@nragroup.com | Oct 12 2023 01:22:00 | Charlottesville Radiology Ltd, c/o National Recovery Agency, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14414351 | + | EDI: WFNNB.COM | Oct 12 2023 04:59:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14414352 | + | EDI: WFNNB.COM | Oct 12 2023 04:59:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14414353 | + | EDI: WFNNB.COM | Oct 12 2023 04:59:00 | Comenitybank/kayjewe, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14465425 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 01:38:56 | Henrico Doctors Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

| District/off: 0422-7 | User: | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: VAN015 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14414354 | + | EDI: IRS.COM | Oct 12 2023 04:59:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14414355 | | Email/Text: govtaudits@labcorp.com | Oct 12 2023 01:20:00 | Lab Corp, PO Box 2240, Burlington, NC 27216-0000 |
| 14463718 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2023 01:21:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15671926 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 12 2023 01:20:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14414357 | | Email/Text: joey@rmscollect.com | Oct 12 2023 01:22:00 | Patient First, c/o Receivable Management Inc, 7206 Hull Rd Ste 211, Richmond, VA 23235-0000 |
| 14443892 | + | Email/Text: joey@rmscollect.com | Oct 12 2023 01:22:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14656861 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 12 2023 01:20:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14494678 | | EDI: Q3G.COM | Oct 12 2023 04:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14414359 | + | EDI: RMSC.COM | Oct 12 2023 04:59:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14414360 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 12 2023 01:20:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409-0000 |
| 14464976 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 12 2023 01:20:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14478130 | | EDI: WFFC2 | Oct 12 2023 04:59:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | | UMB Bank, National Association, not in its individ |
| cr | | Yvonne Darnell |
| cr | *+ | Pingora Loan Servicing, LLC, c/o BWW Law Group, LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| 15765773 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Oct 13, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Carl M. Bates | station01@richchap13.com station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Carl M. Bates | on behalf of Trustee Carl M. Bates station01@richchap13.com station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Dane Exnowski | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Gerard R. Vetter | USTPRegion04.RH.ECF@usdoj.gov |
| James E. Kane | on behalf of Debtor Terri Lynne Watson jkane@kaneandpapa.com reception@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com,abryant@kaneandpapa.com |
| Jason Meyer Krumbein | on behalf of Creditor Yvonne Darnell jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email |
| Johnie Rush Muncy | on behalf of Creditor Toyota Motor Credit Corporation jmuncy@siwpc.com dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com |
| Joshua David Silverman | on behalf of Creditor Yvonne Darnell js@wllc.com  sophia@wllc.com |
| Karen A Maxcy | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com,mccallaecf@ecf.courtdrive.com |
| Kyle Thomas Libby | on behalf of Creditor Pingora Loan Servicing  LLC klibby@hillrainey.com, kyle.libby.bankruptcy@gmail.com |
| Kyle Thomas Libby | on behalf of Creditor PrimeLending  A PlainsCapital Company klibby@hillrainey.com, kyle.libby.bankruptcy@gmail.com |
| Mark David Meyer | on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bankruptcy@rosenberg-assoc.com |
| Mark David Meyer | on behalf of Creditor PINGORA LOAN SERVICING  LLC bankruptcy@rosenberg-assoc.com |
| Mary F. Balthasar Lake | on behalf of Creditor PINGORA LOAN SERVICING  LLC Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor Pingora Loan Servicing  LLC Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |
| Mary F. Balthasar Lake | on behalf of Creditor PrimeLending  A PlainsCapital Company Mary.Lake@bww-law.com, Bankruptcy@bww-law.com |

TOTAL: 17