UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:  Terri Lynne Watson　　　　　　　　　　　　　　　　　Case No: 18-33071-KLP

### ORDER

This cause came on to be heard upon the Trustee's Motion to Dismiss for failure to make payments as required by the Plan filed, **December 15,2022**,

It appearing to the Court that the Debtor has failed to comply with the terms of the Plan confirmed by this Court;

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any payments due to the Chapter 13 Trustee prior to the entry of this order and received pursuant to a payment directive shall be paid by the Chapter 13 Trustee in accordance with the Debtor's Plan, and any such payments due after the entry of this order shall be remitted to the Debtor.  The Clerk shall serve a copy of this Order on the Debtor, their Attorney and the Chapter 13 Trustee.

Dated: Oct 6 2023　　　　　　　　　　　　　/s/ Keith L Phillips
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/ Carl M. Bates

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSBN: #27815

　　　　　　　　　　　　　　　　　NOTICE OF JUDGMENT OR ORDER
　　　　　　　　　　　　　　　　　Entered on Docket Oct 6 2023

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Terri Lynne Watson  
    Debtor

Case No. 18-33071-KLP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-7      User:      Page 1 of 2  
Date Rcvd: Oct 11, 2023      Form ID: pdforder      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terri Lynne Watson, 16258 W. Patrick Henry Road, Montpelier, VA 23192-2704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Michelle Hart | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Carl M. Bates | station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Carl M. Bates | on behalf of Trustee Carl M. Bates station01@richchap13.com<br>station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Dane Exnowski | on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Gerard R. Vetter | |

Case 18-33071-KLP    Doc 129    Filed 10/13/23    Entered 10/14/23 00:23:23    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0422-7 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 11, 2023 | Form ID: pdforder | Total Noticed: 1 |

USTPRegion04.RH.ECF@usdoj.gov

James E. Kane

on behalf of Debtor Terri Lynne Watson jkane@kaneandpapa.com reception@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com,abryant@kaneandpapa.com

Jason Meyer Krumbein

on behalf of Creditor Yvonne Darnell jkrumbein@krumbeinlaw.com a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Johnie Rush Muncy

on behalf of Creditor Toyota Motor Credit Corporation jmuncy@siwpc.com dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Joshua David Silverman

on behalf of Creditor Yvonne Darnell js@wllc.com sophia@wllc.com

Karen A Maxcy

on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com,mccallaecf@ecf.courtdrive.com

Kyle Thomas Libby

on behalf of Creditor PrimeLending  A PlainsCapital Company klibby@hillrainey.com, kyle.libby.bankruptcy@gmail.com

Kyle Thomas Libby

on behalf of Creditor Pingora Loan Servicing  LLC klibby@hillrainey.com, kyle.libby.bankruptcy@gmail.com

Mark David Meyer

on behalf of Creditor PINGORA LOAN SERVICING  LLC bankruptcy@rosenberg-assoc.com

Mark David Meyer

on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bankruptcy@rosenberg-assoc.com

Mary F. Balthasar Lake

on behalf of Creditor PrimeLending  A PlainsCapital Company Mary.Lake@bww-law.com, Bankruptcy@bww-law.com

Mary F. Balthasar Lake

on behalf of Creditor PINGORA LOAN SERVICING  LLC Mary.Lake@bww-law.com, Bankruptcy@bww-law.com

Mary F. Balthasar Lake

on behalf of Creditor Pingora Loan Servicing  LLC Mary.Lake@bww-law.com, Bankruptcy@bww-law.com

TOTAL: 17