**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

In re: TERRI LYNNE WATSON                                   Case No. 18-33071

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Computershare Delaware Trust Company, not in its individual capacity, but solely as Owner Trustee on behalf of BRAVO Residential Funding Trust 2023-RPL | UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: 1-800-495-7166
Last Four Digits of Acct #: 3519

Court Claim # (if known): 11-2
Amount of Claim: $167,745.86
Date Claim Filed: 12/21/2018

Phone: 800-495-7166
Last Four Digits of Acct #: 3519

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: 1-800-495-7166
Last Four Digits of Acct #: 3519

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Shubham Tandlekar                                   Date: 10/20/2023
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Case Name: <u>TERRI LYNNE WATSON</u> | ) Case No. 18-33071 |
| | ) Judge Name: Keith L. Phillips |
| | ) |
| | ) Chapter: 13 |

**<u>CERTIFICATE OF SERVICE</u>**

PLEASE BE ADVISED that on <u>10/20/2023</u> (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Computershare Delaware Trust Company, not in its individual capacity, but solely as Owner Trustee on behalf of BRAVO Residential Funding Trust 2023-RPL filed Transfer of Claim.

The filing of this Transfer of Claim, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3001(e)(2) and all applicable Bankruptcy Rules.

I hereby certify that on <u>10/20/2023</u> a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid

Debtor:
TERRI LYNNE WATSON
16258 W. PATRICK HENRY ROAD
MONTPELIER, VA 23192

I hereby certify that on <u>10/20/2023</u> a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
CARL M. BATES
P. O. BOX 1819
RICHMOND, VA 23218

Debtor's counsel:
KANE & PAPA, PC
JAMES E. KANE
1313 EAST CARY STREET & P.O. BOX 508
RICHMOND, VA 23218-0508

All Parties in Interest
All Parties requesting Notice

By: /s/ <u>Shubham Tandlekar</u>
Shubham <u>Tandlekar</u>, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent