2100B (12/15)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 18-33071-KLP
Chapter 13

In re: Debtor(s) (including Name and Address)

Terri Lynne Watson
16258 W. Patrick Henry Road
Montpelier VA 23192

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 10/20/2023 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. 11: UMB Bank, National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 | Computershare Delaware Trust Company<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/26/23                                                William C. Redden
                                                                **CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 18-33071-KLP

Terri Lynne Watson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 1 of 2 |
| Date Rcvd: Oct 24, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 16122455 | UMB Bank, National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023　　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

**Name**　　**Email Address**

A. Michelle Hart
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I michelle.ippoliti@mccalla.com, mccallaecf@ecf.courtdrive.com

Carl M. Bates
    station01@richchap13.com
    station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

Carl M. Bates
    on behalf of Trustee Carl M. Bates station01@richchap13.com
    station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com

Dane Exnowski
    on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I dane.exnowski@mccalla.com, mccallaecf@ecf.courtdrive.com

Gerard R. Vetter
    USTPRegion04.RH.ECF@usdoj.gov

James E. Kane
    on behalf of Debtor Terri Lynne Watson jkane@kaneandpapa.com
    reception@kaneandpapa.com,jason.kane@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com,cdonnell@kaneandpapa.com,abryant@kaneandpapa.com

| | | |
|---|---|---|
| District/off: 0422-7 | User: | Page 2 of 2 |
| Date Rcvd: Oct 24, 2023 | Form ID: trc | Total Noticed: 1 |

Jason Meyer Krumbein
   on behalf of Creditor Yvonne Darnell jkrumbein@krumbeinlaw.com
   a30156@yahoo.com;plutzky@krumbeinlaw.com;jkrumbein@recap.email

Johnie Rush Muncy
   on behalf of Creditor Toyota Motor Credit Corporation jmuncy@siwpc.com
   dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Joshua David Silverman
   on behalf of Creditor Yvonne Darnell js@wllc.com sophia@wllc.com

Karen A Maxcy
   on behalf of Creditor UMB Bank  National Association, not in its individual capacity, but solely as legal title trustee for PRL Title Trust I karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com,mccallaecf@ecf.courtdrive.com

Kyle Thomas Libby
   on behalf of Creditor PrimeLending  A PlainsCapital Company klibby@hillrainey.com, kyle.libby.bankruptcy@gmail.com

Kyle Thomas Libby
   on behalf of Creditor Pingora Loan Servicing  LLC klibby@hillrainey.com, kyle.libby.bankruptcy@gmail.com

Mark David Meyer
   on behalf of Creditor PINGORA LOAN SERVICING  LLC bankruptcy@rosenberg-assoc.com

Mark David Meyer
   on behalf of Creditor Pingora Loan Servicing  LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper bankruptcy@rosenberg-assoc.com

Mary F. Balthasar Lake
   on behalf of Creditor PrimeLending  A PlainsCapital Company Mary.Lake@bww-law.com, Bankruptcy@bww-law.com

Mary F. Balthasar Lake
   on behalf of Creditor PINGORA LOAN SERVICING  LLC Mary.Lake@bww-law.com, Bankruptcy@bww-law.com

Mary F. Balthasar Lake
   on behalf of Creditor Pingora Loan Servicing  LLC Mary.Lake@bww-law.com, Bankruptcy@bww-law.com

TOTAL: 17